AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

LOGAN SHARPE,

|                          | )   |
| ------------------------ | --- |
| *Plaintiff*              | )   |
| v.                       | )   |
|                          | )   |
| UNITED STATES FEDERAL HIGHWAY ADMINISTRATION, | )   |
|                          | )   |
| *Defendant*              |     |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 08, 2024

SEAN F. McAVOY, CLERK

Civil Action No.   2:24-CV-0045-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Defendant's Motion to Dismiss (ECF No. 6) is GRANTED.
Pursuant to the Order filed at ECF No. 8, Plaintiff's Complaint is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice _____ on Defendant's Motion to Dismiss.

Date:  5/8/2024 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Ruby Mendoza
_____
*(By) Deputy Clerk*

Ruby Mendoza
_____