FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 29, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LOGAN SHARPE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES FEDERAL HIGHWAY ADMINISTRATION,<br><br>　　　　　　　Defendant. | NO. 2:24-CV-0045-TOR<br><br>ORDER ON PENDING MOTIONS |

BEFORE THE COURT are various motions. ECF Nos. 23, 26, 32, and 33. The motions were considered without oral argument. The Court has reviewed the record and files herein and is fully informed.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Plaintiff's Motion to Alter Order, etc., ECF No. 23, is **DENIED.**

2. Plaintiff's Motion for Extension of Time to Amend Complaint, ECF No. 26, is **GRANTED**. The First Amended Complaint filed on January 7, 2026, is accepted as filed.

ORDER ON PENDING MOTIONS ~ 1

    3. Defendant's Motion to Strike Defendant's Motion to Dismiss and Leave to file New Motion, ECF No. 32, and Motion to Expedite, ECF No. 33, are **GRANTED**.

    4. Defendant's Motion to Dismiss, etc., ECF No. 27, is **WITHDRAWN**.

The District Court Executive is directed to enter this Order and furnish copies to the parties.

    DATED January 29, 2026.



                    THOMAS O. RICE
               United States District Judge

ORDER ON PENDING MOTIONS ~ 2